Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Federal Division

|  |  |
|---|---|
| RICHARD ARMSTRONG | ) Case No. _____ |
| _____ | ) *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Spectrum | ) |
| and | ) |
| | ) |
| AT&T Mobility LLC | ) |
| _____ | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Armstrong |
| Street Address | 914 Talus Dr. |
| City and County | Yellow Springs |
| State and Zip Code | OH 45387 |
| Telephone Number | 6314081250 |
| E-mail Address | r.armstrong934@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AT&T Mobility LLC. |
| Job or Title *(if known)* | |
| Street Address | 2781 Centre Dr, Suite B, Fairborn, OH 45324 |
| City and County | Fairborn |
| State and Zip Code | OH, 45324 |
| Telephone Number | (937) 320-0700 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | kathleen Mayo |
| Job or Title *(if known)* | Spectrum |
| Street Address | 700 Taylor Avenue. |
| City and County | Columbus, Ohio |
| State and Zip Code | 43219 |
| Telephone Number | (614) 486-5354. |
| E-mail Address *(if known)* | kathleen.mayo@chartercom.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Computer Fraud and Abuse Act, also known as the CFAA, is the federal anti-hacking statute that prohibits unauthorized access to computers and networks.

Fraud is generally defined in the law as an intentional misrepresentation of material existing fact made by one person to another with knowledge of its falsity and for the purpose of inducing the other person to act, and upon which the other person relies with resulting injury or damage.

Brown v. McDonald's Corp.

Court of Appeals of Ohio, Ninth Appellate District, Lorain CountyMar 15, 1995101 Ohio App. 3d 294.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*     Richard Armstorng                    , is a citizen of the State of *(name)*   Ohio                      .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*   RockChild2 & Co.                    , is incorporated under the laws of the State of *(name)*     Ohio                   ,

and has its principal place of business in the State of *(name)*

Los Angeles, California, New York, Texas.    .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of

    the State of *(name)* _____. Or is a citizen of

    *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    The plaintiff has a privately held holdings company RockChild2 & Co. which holds interest in Real Estate (Natural Energy resources), Corporate and Product branding not excluding concept development for a wide range of mediums in various sectors outsuide of the state of Ohio.Primarily, Los Angeles, Texas, New York with business partnerships all are at stake.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The incidents in question all happened while I was working at home and through thorough assessment found some gapping holes in my networks infrastructure which encouragred me to bring an action agaisnt two companies that's functioning unethically. Because of this the plaintiff has lost a lot of venyured business because of the isolation and soon after health issues followed for the lack of activity regarding business affairs the virutal isolation platform has takeen its toll.

Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law ] This statute makes it unlawful for two or more persons to conspire to injure, hinder, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same). An injunction is warranted because of the sure nature of being able to conduct business or whatever affairs necessary to be successful in this economic climate. The assessment was condcuted on the functionality of the network which was cocluded had some flaws in addition to a marketing defect all of which contributed to the injuries and monetary loss.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

This particular issue arose approximately 1-years ago I cant specifically say i recall the time exactly but i can say that the issue arose 1-years ago.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The facts of the case has been thoroughly documeneted through network screen snap shots URL (Uniform Resources locator) coding errors and marketing defects byway of network infrastructure software. All of which can give you a clear understanding as to the damages that has occurred. When working on isolated network its just what it is, isolated, and the causation is the socia ecomics which are depression, axiety and due a latent defect that isnt easily detected without having the skill set to spot it. More importantly, the information that is being dispalyed leaves room for unjust enrichment or disparagement it is with great concern that these issues of constructive fraud has  runs rampant throughout the area moreso that its common place, Its my hope with the evidence laid before the court the court will see the evidence and rule in summary judgment.

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The damages sustained by this illicit act can't be measured monetarily because the work that has been ventured perils in comparison to the monetary compensation described. I can't begin to ascertain as to why I have been drown in are targeted in a cess pool of fradulent concealment. The Material fact in this case is perpetuated in the form of marketing defect (s) and network manipulation which has created damages for me and my bsuiness as whole. The mental and financial anguish is something money can't repair but a monetary remedy is warranted due to the malciouness of the act this is systemic problem it is part of the very fabric of the business community whom of which holds a fudiciary responsibilty.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The basis to which the plaintiff ask the court for a legal remedy is partly to the fact that the plaintiffs business has been completely exposed and exploited by the network infrastructural platforms that has caused immeasurable damage to the plaintiffs bottom line. More so, business and personal relationships have been strained because of it.
Again, we e pray that the court will enter into a Summary Judgment for damages: (Compensatory Damages, Punitive Damages, Exemplary damages in additon to strict Liability and Intentional affliction of emotional distress). For each offence were asking for $ 100,000.00 each, totaling $ 500,000.00 followed by an order of permannet injunction to discontinue the malicious and deceptive business practices that has been displayed throughout this ordeal.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          11/23/2020

Signature of Plaintiff

FILE COPY

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Printed Name of Plaintiff _____

**B.**    **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____