UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD ARMSTRONG, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:20-cv-477 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| AT&T MOBILITY LLC, *et al.* | : | |
| | : | |
| Defendants. | : | |

___

**ENTRY AND ORDER INSTRUCTING THE CLERK OF COURT TO TERMINATE THIS CASE**
___

In light of the Court's December 21, 2020 Order (Doc. 2), the Court **ORDERS** the Clerk of Court to terminate this case.  The Court clarifies for the Plaintiff, Mr. Richard Armstrong, that he may choose to file a new motion to proceed *in forma pauperis* in accordance with the Court's December 21, 2020 Order (which would generate a new case), he may choose to file a new case without attempting to proceed *in forma pauperis* (which would require prepayment of the associated fees and would generate a new case), or he may choose not to proceed with litigation.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, December 22, 2020.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1